UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | | |
|---|---|---|
| Evanston Insurance Company, | ) | C/A No. 3:13-655-JFA |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER |
| vs. | ) | |
| | ) | |
| Agape Senior Primary Care, Inc., et al., | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

      The court has this date entered the attached order permitting Cheryl F. Perkins and the firm of Whetstone Perkins & Fulda LLC to withdraw as attorney of record for Vickie Watts, as Personal Representative of the Estate of Dorothy Jones in this action.

      The court will allow Ms. Watts thirty (30) days within which to notify the court of the identity of the new attorney to represent her in this case or, alternatively, of her desire to proceed with this litigation without an attorney.[1]  To this end, Ms. Watts shall, within thirty (30) days from the date of this order, complete the attached notice and mail it to the Clerk of Court at the address indicated.  If Ms. Watts fails to file the attached letter with the Clerk within the time prescribed, the court will assume that she intends to proceed in this litigation *pro se* or without the benefit of an attorney.  If Ms. Watts chooses to proceed *pro se*, she remains responsible for insuring that the Clerk of Court has her current address.

      If no new attorney is obtained, Ms. Watts is specifically advised that the court will expect this litigation to be conducted in accordance with all provisions of the Federal Rules of Civil Procedure.

---

[1] If any party to this litigation is a corporation, the court hereby gives notice that a corporation may not appear through its corporate officers but may only appear in United States District Court through an attorney duly licensed to practice in this district.  *E.g., Palazzo v. Gulf Oil Corp.*, 764 F.2d 1381, 1385 (11th Cir. 1985).

Failure to comply could have serious consequences including, but not limited to, striking a claim or defense or a pleading.

    IT IS SO ORDERED.

July 3, 2013　　　　　　　　　　　　　　　　　　　　　Joseph F. Anderson, Jr.
Columbia, South Carolina　　　　　　　　　　　　　　United States District Judge

Name:_____

Address:_____

City/State/Zip:_____

The Honorable Robin Blume
Clerk of Court
United States District Court
901 Richland Street
Columbia, South Carolina  29201

    In Re:  Evanston v. Agape, et al., C/A No. 3:13-655-JFA

Dear Ms. Blume:

    In response to Judge Anderson's order, I wish to advise as follows:

_____ 1.     I have obtained a new attorney to represent me in this matter.  His  [or her] name, address, and telephone number are as follows:

    _____

    _____

OR

_____ 2.     I have **NOT** obtained a new attorney and will represent myself in this matter. The Clerk is directed to forward all notices and pleadings to me at the above address.  I understand that I am obligated to comply with all provisions of the Federal Rules of Civil Procedure and to keep the Clerk informed as to my proper address. [Note: a corporate defendant must retain counsel].

    _____
    Signature

    _____
    Date